

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00174-CR

## IN RE MARQUISE DAVAR HODGE

### Original Proceeding

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 44392CR

## MEMORANDUM OPINION

Relator's petition for writ of mandamus and prohibition, filed on July 19, 2021, is

denied.

TOM GRAY
Chief Justice



Before Chief Justice Gray,
     Justice Johnson, and
     Justice Davis[1]
Petition denied
Opinion delivered and filed July 28, 2021
Do not publish
[OT06]

---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.